IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TAMARA WELLS, <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 1:17-CV-45-PMW <br><br> District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on March 31, 2017 recommends that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs[2] ("Application") be denied.

Plaintiff was notified of her right to file an objection to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[3] Plaintiff did not file a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and

---

[1] Docket no. 2, filed Mar. 31, 2017.

[2] Docket no. 1, filed Mar. 22, 2017.

[3] Report and Recommendation, docket no. 2, file Mar. 31, 2017.

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and Plaintiff's Application[5] is DENIED.

Signed April 17, 2017.

BY THE COURT

_____
District Judge David Nuffer

---

[4] *Id.*

[5] Docket no. 1, filed Mar. 22, 2017.